IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**BLAKE DRAPER**
on behalf of himself and
all others similarly situated,

                                Plaintiff,

    vs.

**CAPTEL, INC.**

                               Defendant.

Case No. 11-CV-535

---

### JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND JOINT STIPULATION FOR CLASS CERTIFICATION

---

The parties, by and through their undersigned counsel, hereby move the Court for:

(1) An order preliminarily approving the Settlement Agreement in this case (attached as Exhibit 1 to this Motion);

(2) An order granting the parties' joint stipulation to certify classes pursuant to Fed. R. Civ. P. 23;

(3) All other relief as set forth in the parties' Proposed Order for Preliminary Approval.

For the reasons outlined in the memorandum of law filed herewith, the parties believe the Settlement Agreement provides for a fair resolution of the disputes between the parties, and respectfully request that the Court grant preliminary approval of the settlement.

WHD/8530801.1

Dated this 11th day of May, 2012.

       **HAWKS QUINDEL, S.C.**
       Attorneys for Plaintiff

       By: _____*/s/ William E. Parsons*_____
           William E. Parsons, State Bar No. 1048594
           Email: wparsons@hq-law.com
           David C. Zoeller, State Bar No. 1052017
           Email: dzoeller@hq-law.com
           Danielle M. Schroder, State Bar No. 1079870
           Email: dschroder@hq-law.com
           Post Office Box 2155
           Madison, Wisconsin 53701-2155
           Telephone:  608/257-0040

Dated this 11th day of May, 2012.

       **WHYTE HIRSCHBOEK DUDEK S.C.**
       Attorneys for Defendant

       By: _____*/s/ Thomas P. Godar*_____
           Thomas P. Godar SBN 1007751
           Jeffery McIntyre SBN 1038304
           Jonathan D. Bundy SBN 1074290
           Attorneys for Defendant Captel Inc.
           33 East Main Street
           Suite 300
           Madison, WI 53703
           Telephone: 608-255-4440
           Fax: 608-258-7138
           Email: tgodar@whdlaw.com
           jmcintyre@whdlaw.com
           jbundy@whdlaw.com