IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**BLAKE DRAPER**
on behalf of himself and
all others similarly situated,

                              Case No. 11-CV-535

        Plaintiff,

  vs.

**CAPTEL, INC.**

        Defendant.

---

### ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFYING CLASS PURSUANT TO FED. R. CIV. P. 23

---

    Based on the parties' submissions in support of their Motion for Preliminary Approval of Class Action Settlement, as well as the record as a whole, IT IS ORDERED THAT:

    (1) Preliminary approval of the Settlement Agreement is granted as the Court finds that the settlement terms negotiated by the Parties and described in the Settlement Agreement are a fair and reasonable resolution of a *bona fide* dispute between Defendants and all affected employees and other persons who performed work for Defendants;

    (2) Plaintiff's Fed. R. Civ. P. 23 class defined in the parties' stipulation is certified for settlement purposes pursuant to Fed. R. Civ. P. 23. The Court finds that this class meets the Fed. R. Civ. P. 23(a) and Fed. R. Civ. P. 23(b)(3) requirements.

    (3) Blake Draper shall serve as representative for the certified Fed. R. Civ. P. 23 class;

    (4) The law firm of Hawks Quindel, S.C., is hereby appointed as class counsel for the certified Fed. R. Civ. P. 23 class;

    (5) The Court approves the Notice of Class Action Settlement attached as Exhibit A to the parties' Settlement Agreement,

(6)  The Court will conduct a fairness hearing on <mark>DATE at TIME</mark>.

Entered this _____ day of _____, 2012

                                               BY THE COURT:

                                               _____
                                             William M. Conley
                                           District Judge