IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**BLAKE DRAPER**
on behalf of himself and
all others similarly situated,

                Plaintiff,

  vs.

**CAPTEL, INC.**

                Defendant.

Case No. 11-CV-535

---

### JOINT REQUEST FOR STATUS CONFERENCE

---

The parties, by their attorneys, hereby request a status conference before District Court Judge Conley. The parties request said conference in order to discuss issues related to their Joint Motion For Preliminary Approval of Class Action Settlement and Joint Stipulation for Class Certification, filed on May 11, 2012 (Dkt. 29) as well as the documents filed related to and in support of same (See Dkts. 28 - 32), which were filed contemporaneously.

The parties request a status conference to learn whether the Court requires any additional supplemental material in support of the parties' Joint Motion For Preliminary Approval of Class Action Settlement and Joint Stipulation for Class Certification in order that this class action settlement may proceed and notice be provided to those affected individuals.

Dated this 28th day of June 2012.

        **HAWKS QUINDEL, S.C.**
        *Attorneys for Plaintiff*

By:      */s/ William E. Parsons*
        William E. Parsons, State Bar No. 1048594
        Email: wparsons@hq-law.com
        David C. Zoeller, State Bar No. 1052017
        Email: dzoeller@hq-law.com
        Danielle M. Schroder, State Bar No. 1079870
        Email: dschroder@hq-law.com
        Post Office Box 2155
        Madison, Wisconsin 53701-2155
        Telephone: 608/257-0040

        **WHYTE HIRSCHBOEK DUDEK S.C.**
        Attorneys for Defendant

By:      */s/ Thomas P. Godar*
        Thomas P. Godar SBN 1007751
        Jeffery McIntyre SBN 1038304
        Jonathan D. Bundy SBN 1074290
        Attorneys for Defendant Captel Inc.
        33 East Main Street
        Suite 300
        Madison, WI 53703
        Telephone: 608-255-4440
        Fax: 608-258-7138
        Email: tgodar@whdlaw.com
        jmcintyre@whdlaw.com
        jbundy@whdlaw.com