IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BLAKE DRAPER, on behalf of himself
and all others similarly situated,

                              Plaintiff,                          ORDER

    v.

                                                      11-cv-535-wmc

CAPTEL, INC.,

                              Defendant.

---

        IT IS ORDERED that the court approves the notice of class action settlement as attached.

        Entered this 30th day of July, 2012

                                              BY THE COURT:

                                              /s/
                                              _____
                                              WILLIAM M. CONLEY
                                              District Judge