IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**BLAKE DRAPER**
on behalf of himself and
all others similarly situated,

Case No. 11-CV-535

Plaintiff,

vs.

**CAPTEL, INC.**

Defendant.

## DECLARATION OF LARRY A. JOHNSON

I, Larry A. Johnson, certify under penalty of perjury that the following is true and correct to the best of my knowledge and recollection:

1.     The statements set forth in this declaration are made of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2.     I am an adult resident of the State of Wisconsin and am an attorney in good standing, licensed to practice in Wisconsin and in front of this Court.

3.     I have practiced law in Wisconsin for more than five years, and have represented Plaintiffs in multiple class and collective action wage and hour matters in both the Eastern and Western Districts of Wisconsin.

4.     I am aware that Attorneys Parsons and Zoeller have represented Plaintiffs in multiple class and collective action wage and hour matters in front of

the Western District of Wisconsin as well as other Federal District Courts

throughout the country

     5.     I am aware that Attorney Parsons' hourly rate is $300 per hour.

     6.     I am aware that Attorney Zoeller's hourly rate is $275 per hour.

     7.     As an attorney who has practiced in this market and as counsel on

other complex class and collective wage and hour matters, I am familiar with the

market rate in Wisconsin for representation of plaintiffs under state law and the

FLSA with respect to class and collective action wage and hour claims. The market

rate for such claims is 33.33%.

     8.     I understand that class counsel in the above-captioned matter is filing

a Petition for Attorneys' Fees and Costs. I further understand class counsel is

petitioning for an attorney fee of approximately 22.4% of the common fund of

$297,500, in addition to reimbursement of costs.

     9.     Based on my experience and knowledge of the market, as well as my

personal knowledge of the work of the attorneys at Hawks Quindel, S.C., my

opinion is that this contingent fee is reasonable, and likely below the market rate

for this type of case. Further, based on my experience and knowledge of the market,

and my review of the filings in this matter, my opinion is that the result reached for

the Plaintiffs is fair and reasonable, and an excellent result relative to other wage

and hour class actions that I am familiar with from around the country, including

claims for repayment of wages due to rounding policies.

Executed on October 29th 2012.

_/s/ Larry A. Johnson_
Larry A. Johnson