IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**BLAKE DRAPER**
on behalf of himself and
all others similarly situated,

                              Plaintiff,

    vs.

Case No. 11-CV-535

**CAPTEL, INC.,**

                              Defendant.

**SUPPLEMENTAL DECLARATION OF ATTORNEY WILLIAM E. PARSONS IN SUPPORT OF PETITION FOR CLASS COUNSEL'S COSTS AND ATTORNEY'S FEES**

I, William E. Parsons, hereby declare as follows:

    1.    I am an attorney licensed to practice in Wisconsin and am Class Counsel in the above captioned action.

    2.    I am familiar with the rates of third party settlement administrators and have retained Rust Consulting to administer the settlement in a similar matter. That matter involved sending Notice and performing settlement administration for a class of 2,078 individuals and cost more than $40,000.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30th, 2012.

                                                         */s/ William E. Parsons*
                                                         William E. Parsons